JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA H. ABATIE, | Case No. CV 01-06699 (JFW) (AJWx) |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| ALTA HEALTH & LIFE INSURANCE COMPANY, a Delaware corporation, f/k/a ANTHEM HOME LIFE INSURANCE f/k/a HOME LIFE FINANCIAL ASSURANCE COMPANY; and SANSUM SANTA BARBARA MEDICAL FOUNDATION CLINIC LONG-TERM DISABILITY, LIFE, HEALTH & DENTAL INSURANCE PLAN, f/k/a SANTA BARBARA MEDICAL FOUNDATION CLINIC LONG-TERM DISABILITY & LIFE INSURANCE, | |
| Defendants. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, each party to bear their own costs and attorneys fees.

DATED: September 15, 2008

_____
Hon. John F. Walter
United States District Court Judge